IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TEODORO VELASQUEZ BENITEZ,

Petitioner,

v. Civil Action No. 2:26-cv-526

JEFFREY CRAWFORD, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Teodoro Velasquez Benitez ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking in part immediate release from immigration detention and restoration of his Order of Supervision. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 4.

On September 4, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court grant the petition for a writ of habeas corpus and order that Petitioner be immediately released from custody. Dkt. No. 16. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations of the Magistrate Judge, *id.* at 22–23, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED**. Petitioner shall be **RELEASED** from custody immediately. Respondents are **ORDERED** to file a status report within 24 hours of compliance with this Order. It is **FURTHER ORDERED** that Petitioner's

Order of Supervision be **RESTORED** immediately, not to be revoked unless done so in compliance with the requirements of 8 C.F.R. § 241.13. Respondents are **ENJOINED** from re-detaining Petitioner except upon a showing of sufficient changed circumstances with respect to the prospects for removal to a qualifying consenting country.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 22, 2026